# Exhibit C

**WHITE & CASE**

May 29, 2020

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**T** +1 212 819 8200

Meghann E. Donahue
Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045

**whitecase.com**

Re:     ***Gujarat State Petroleum Corporation Ltd. et al. v. Republic of Yemen et al.,***
        ***S.D.N.Y. Docket No. 19-mc-00547.***

Dear Ms. Donahue,

As you know, we represent Gujarat State Petroleum Corporation Ltd., Alkor Petroo Ltd., and Western Drilling Contractors Private Ltd. (the "Judgment Creditors") in the above-captioned action. We write to renew our request that that the Federal Reserve Bank of New York (the "FRBNY") comply with the Judgment Creditors' January 17, 2020 information subpoena insofar as it relates to assets or accounts held by, or on behalf of, the Central Bank of Yemen.

The Judgment Creditors currently hold a judgment against The Republic of Yemen and the Yemeni Ministry of Oil & Minerals (collectively, "Yemen") in the amount of $3,788,471.34, plus post-judgment interest. The entire amount of that award remains outstanding. It is our understanding that the FRBNY currently holds accounts on behalf of the Central Bank of Yemen – accounts that could be used to satisfy part or all of the outstanding judgment against Yemen, or that could shed light on the existence or identity of other assets and garnishees.

In its previous correspondence, the FRBNY maintained that the Central Bank of Yemen is legally distinct from both the Republic of Yemen and the Yemeni Ministry of Oil & Minerals. *See* Feb. 7, 2020 Resp. to Information Subpoena at 5. Consequently, the FRBNY has refused to produce discovery relating to the Central Bank of Yemen's accounts. *See id.*[1]

We strenuously disagree with the FRBNY's position, as outlined in our February 24, 2020 correspondence. Post-judgment discovery – under both the Federal Rules of Civil Procedure and the New York Civil Practice Law and Rules – permits a broad range of inquiry so long as "the judgment creditor's attorney has a reasonable belief that the party receiving the subpoena has in [its] possession information about the debtor that will assist the creditor in collecting his or her judgment." CPLR 5224(a)(3)(i); *accord* Fed. R. Civ. P. 69(a)(2).

---

[1] The FRBNY also claimed "[f]unds held in an account of a central bank . . . are presumptively immune from attachment[.]" Feb. 7, 2020 Resp. to Information Subpoena at 4-5. An information subpoena, however, does not attach or execute on property. Thus, any presumptive immunity from execution conferred by the Foreign Sovereign Immunities Act is inapplicable. *See Republic of Arg. v. NML Capital, Ltd.*, 573 U.S. 134, 142 (2014) ("There is no [FSIA] provision forbidding or limiting discovery in aid of execution of a foreign-sovereign judgment debtor's assets.").

Meghann E. Donahue
May 29, 2020

Nevertheless, we are prepared to share documentation demonstrating that certain accounts held with the FRBNY – ostensibly by, or for the benefit of, the Central Bank of Yemen – have, in fact, been repeatedly used by the Yemeni Ministry of Oil & Minerals.  Indeed, as the enclosed documentation reveals, the Yemeni Ministry of Oil & Minerals has consistently directed that counterparties deposit funds for its own benefit into the Central Bank of Yemen's account with the FRBNY.  *See, e.g.*, Exhibit 1 (Nov. 16, 2014 letter directing payment into Central Bank's account with FRBNY); Exhibit 2 (wire transfers "in favour of" Yemeni Ministry of Oil & Minerals, deposited in Central Bank's account with FRBNY).  These transfers were neither isolated nor de minimus.  To the contrary, the enclosed documentation makes clear that the Yemeni Ministry of Oil & Minerals has deposited over six million dollars into the Central Bank of Yemen's account with the FRBNY over a span of five years.

In light of the above, discovery concerning the Central Bank of Yemen's accounts with the FRBNY is plainly warranted.  There are at least three reasons why.

*First*, the enclosed evidence casts significant doubt on the FRBNY's contention that the Yemeni Ministry of Oil & Minerals and the Central Bank of Yemen are separate juridical entities.  *See* Feb. 7, 2020 Resp. to Information Subpoena at 5.  The presumption that distinct foreign instrumentalities are separate "may be overcome and an alter-ego relationship established if: (1) the instrumentality 'is so extensively controlled by its owner that a relationship of principal and agent is created'; or (2) the recognition of an instrumentality's separate legal status would work a 'fraud or injustice.'"  *EM Ltd. v. Banco Cent. De la Republica Arg.*, 800 F.3d 78, 89-90 (2d Cir. 2015).  Here, the Yemeni Ministry of Oil & Minerals' repeated use of accounts held in the name of the Central Bank of Yemeni strongly suggests that the two entities are alter egos.  At the very least, discovery is necessary to understand the extent of the entities' relationship and ascertain whether the Central Bank of Yemen and the Yemeni Ministry of Oil & Minerals are alter egos.  *See First City, Texas-Houston, N.A. v. Rafidain Bank*, 150 F.3d 172, 176-77 (2d Cir. 1998) (permitting discovery to assess existence of alleged alter ego relationship).

*Second*, New York law is clear that post-judgment discovery allows a judgment creditor "to examine third parties to determine if a judgment debtor has concealed or transferred assets applicable to satisfying its judgment."  *D'Avenza S.P.A. v. Garrick & Co.*, No. 96-cv-0166, 1998 U.S. Dist. LEXIS 243, at *7-8 (S.D.N.Y. Jan. 15, 1998).  As the enclosed evidence demonstrates, the Yemeni Ministry of Oil & Minerals has consistently and repeatedly deposited funds into an account held by the FRBNY in the name of the Central Bank of Yemen.  The clear implication is that the Yemeni Ministry of Oil & Minerals is attempting to obfuscate its holdings and shield its accounts from execution.  Discovery is necessary to determine the magnitude of the Yemeni Ministry of Oil & Minerals' deception.

*Third*, the enclosed evidence calls into question whether the Central Bank of Yemen's accounts with the FRBNY are "held for its own account" within the meaning of 28 U.S.C. § 1611(b)(1).  In fact, it appears that the funds are being held for *someone else's* account, namely, the Yemeni Ministry of Oil & Minerals.  Discovery is therefore required to assess the propriety of the FRBNY's claim that the accounts held on behalf of the Central Bank of Yemen are immune from attachment under the Foreign Sovereign Immunities Act.

2

WHITE & CASE

Meghann E. Donahue
May 29, 2020

Please let us know whether, in light of the above, the FRBNY will comply with the January 17, 2020 information subpoena.  We would also request that you provide us with your availability to meet and confer over any remaining disagreements.  We reserve all rights to ensure compliance, including seeking judicial intervention as necessary.

Sincerely,

*Gregory M. Starner*

**Gregory M. Starner**

T: (212) 819-8839
E: gstarner@whitecase.com

3

# Exhibit 1




**REPUBLIC OF YEMEN**

*Ministry of Oil & Minerals*

التاريخ، ١٦/١١/٢٠١٤ مرجعنا: ٢٦٤/ق.ع.ت

الجمهورية اليمنية

وزارة النفط والمعادن

Date: _____ Our Ref: _____

مرجعكم،

Your Ref: _____

The General Manager
Consolidated Contractors Oil & Gas Co.

Dear Sir,

Subject: <u>Training, Institutional and Social Development Bonuses for 2014</u>

This is to remind you that the above bonuses in respect of block 33 is due for payment as per article 9.2 of the production sharing agreement.

There for you are kindly requested to transfer the amount due in full as follows:-

Bank name & address:   FEDERAL RESERVE BANK OF NEW YORK, NEW YORK, US
                                BIC: FRNYUS33
                                For Credit to the account  No. ███6238  of Central
                                Bank of Yemen – Sana'a
                                For onward Credit to: Ministry of Oil and
                                Minerals Accounts with Central
                                Bank of Yemen as follows:

A) amount          US$100,000
   MOM A/C No.    01 1017 0010155 Training Bonus

B) amount          US$100,000
   MOM A/C No.    01 1001 0010155 Institutional Bonus

C) amount          US$100,000
   MOM A/C No.    01 1003  0010155 Social Development Bonus

Please send us a copy of your bank transfer for our records.

Best regards,

Khalid Shamsan

Director General
Petroleum Accounting

Cc: the Minister
    Deputy Minister
    Asst. Deputy Minister for Finance & Admin



ص.ب (٨١) - صنعاء - الجمهورية اليمنية - هاتف: ٦-٢٠٢٣٠٥ (١-٩٦٧+) - فاكس: ٢٠٢٣١٤ (١-٩٦٧+)
P.O.Box:(81) Sana'a - Rep. of Yemen - Tel.: (+967-1)202305-6 - Fax:(+967-1) 202314
www.mom.gov.ye الموقع الإلكتروني

16-NOV-2014 SUN 10:24          FAX NO.                    P. 02



**REPUBLIC OF YEMEN**

*Ministry of Oil & Minerals*



الجمهورية اليمنية

وزارة النفط والمعادن

Date: _____ Our Ref: _____          التاريخ، ١٦/١١/كـ عدد مرجعنا ٢٠٤/٥٤ ع.ت

Your Ref: _____                        مرجعكم: _____

The General Manager
Consolidated Contractors Oil & Gas Co.

Dear Sir,

Subject: <u>Training, Institutional and Social Development Bonuses for 2014</u>

This is to remind you that the above bonuses in respect of block 45 is due for payment as per article 9.2 of the production sharing agreement.
There for you are kindly requested to transfer the amount due in full as follows:-

Bank name & address:    FEDERAL RESERVE BANK OF NEW YORK, NEW YORK, US
                        BIC: FRNYUS33
                        For Credit to the account ▮▮▮▮▮236 of Central
                        Bank of Yemen – Sana'a
                        For onward Credit to: Ministry of Oil and
                        Minerals Accounts with Central
                        Bank of Yemen as follows:

A) amount               US$100,000
   MOM A/C No.          01 1017 0010155 Training Bonus

B) amount               US$100,000
   MOM A/C No.          01 1001 0010155 Institutional Bonus

C) amount               US$100,000
   MOM A/C No.          01 1003 0010155 Social Development Bonus

Please send us a copy of your bank transfer for our records.

Best regards.

Khalid Shamsan

Director General
Petroleum Accounting

Cc: the Minister
    Deputy Minister
    Asst. Deputy Minister for Finance & Admin

ص.ب(٨١) - صنعاء- الجمهورية اليمنية-هاتف: ٦-٢٠٢٣٠٥ (١-٩٦٧+) - فاكس: ٢٠٢٣١٤ (١-٩٦٧+)
P.O.Box:(81) Sana'a - Rep. of Yemen -Tel.: (+967-1)202305-6 - Fax:(+967-1) 202314

# Exhibit 2



GUJARAT STATE PETROLEUM CORPORATION LTD.
(A Govt. of Gujarat Undertaking)
Regd. Office : GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 016 INDIA.
Phone : +91-79-66701001 Fax : +91-79-23236375
E-mail  gspc@gujaratpetro.com

GSPC/FINC/09-10
April 16, 2009

Branch Head
State Bank of India
5 Kings Street,
London
EC2V 8EA

### K/A: Mr. ANIL ARORA / Ms. AMBIKA NAIR

#### Subject: Wire transfer of funds for an amount of USD 430,000/- towards payment of Training Bonus

REF: Account No. █████ 0101

Dear Sir,

We request you to kindly make payment of USD 430,000/- (United States Dollars Four Hundred and Thirty Thousand Only) in favour of **Ministry of Oil & Mineral Accounts, Yemen** as per the following details:

Bank Details      : Federal Reserve Bank of New York,
                     New York, US.
BIC Code          : FRNYUS33
Account Number    : █████ 6236
Beneficiary Name  : Central Bank of Yemen, Sanaa Branch
For further credit to: Ministry of Oil & Mineral Accounts - A/C No. █████ 0155

You are requested to wire transfer the funds to the beneficiary and send us the advice.

We authorize you to debit our Current Account No. █████ **0101** for the same.

Thanking you.

Yours faithfully,

For, Gujarat State Petroleum Corporation Ltd.

Authorized Signatories



**GUJARAT STATE PETROLEUM CORPORATION LTD.**
(A Govt. of Gujarat Undertaking)
Regd. Office  GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 016 INDIA
Phone  -91-79-66701001 Fax  -91-79-23236375
E-mail  gspc@gujaratpetro.com

GSPC/FINC/09-10
April 16, 2009

Branch Head
State Bank of India
5 Kings Street,
London
EC2V 8EA

<u>K/A: Mr. ANIL ARORA / Ms. AMBIKA NAIR</u>

<u>Subject: Wire transfer of funds for an amount of USD 915,000/- towards payment of Institutional Bonus</u>

REF: Account No. ███0101

Dear Sir,

We request you to kindly make payment of USD 915,000/- (United States Dollars Nine Hundred and Fifteen Thousand Only) in favour of **Ministry of Oil & Mineral Accounts, Yemen** as per the following details:

| | |
|---|---|
| Bank Details | : Federal Reserve Bank of New York, New York, US. |
| BIC Code | : FRNYUS33 |
| Account Number | : ███5236 |
| Beneficiary Name | : Central Bank of Yemen, Sanaa Branch |

For further credit to: Ministry of Oil & Mineral Accounts - A/C No. ███████0155

You are requested to wire transfer the funds to the beneficiary and send us the advice.

We authorize you to debit our Current Account No. ███0101 for the same.

Thanking you

Yours faithfully,

For, Gujarat State Petroleum Corporation Ltd.

Authorized Signatories

4

 **GSPC**

GUJARAT STATE PETROLEUM CORPORATION LTD.
(A Govt. of Gujarat Undertaking)
Regd. Office : GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 016 INDIA
Phone : +91-79-66701001 Fax : +91-79-23236375
E-mail : gspc@gujaratpetro.com

GSPC/FINC/09-10
April 16, 2009

Branch Head
State Bank of India
5 Kings Street,
London
EC2V 8EA

### K/A: Mr. ANIL ARORA / Ms. AMBIKA NAIR

**Subject: Wire transfer of funds for an amount of USD 750,000/- towards payment
of Social Development Bonus**

**REF: Account No. ███ 0101**

Dear Sir,

We request you to kindly make payment of USD 750,000/- (United States Dollars Seven
Hundred and Fifty Thousand Only) in favour of Ministry of Oil & Mineral Accounts,
Yemen as per the following details:

Bank Details      : Federal Reserve Bank of New York,
                        New York, US.
BIC Code         : FRNYUS33
Account Number  : ███ 3236
Beneficiary Name  : Central Bank of Yemen, Sanaa Branch
For further credit to: Ministry of Oil & Mineral Accounts - A/C No. ███ 0155

You are requested to wire transfer the funds to the beneficiary and send us the advice.

We authorize you to debit our Current Account No. ███ 0101 for the same.

Thanking you.

Yours faithfully,

For. Gujarat State Petroleum Corporation Ltd.

Authorized Signatories

 **GSPC**

**GUJARAT STATE PETROLEUM CORPORATION LTD.**
(A Govt. of Gujarat Undertaking)
Regd. Office : GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 010 INDIA.
Phone : +91-79-66701001 Fax : +91-79-23236375
E-mail : gspc@gspc.in

May 002.
GSPC/FINC/10-11/Apr-069
April 28, 2010

Branch Head
IDBI Bank,
C. G. Road,
Ahmedabad.

K/A: Ms. Hemu / Mr. Gautam

Subject: Wire transfer of US Dollar 915,000/- in favour of Ministry of Oil & Mineral Accounts, Yemen

REF: Account No. ████ 8900

Dear Sir,

We request you to kindly make payment of USD 915,000/- (US Dollars Nine Lacs Fifteen Thousand Only) (1 USD = Rs. 44.5750 ) in favour of Ministry of Oil & Mineral Accounts, Yemen. Also find enclosed herewith Form A2 in duplicate.

(value 03/05/10)

The details of the remittance are as follows:

Bank Details        : Federal Reserve Bank of New York,
                        New York, US.
BIC Code            : FRNYUS33
Account Number   : ████6236
Beneficiary Name  : Central Bank of Yemen, Sanaa Branch
For further credit to: Ministry of Oil & Mineral Accounts - A/C No. ████0155

This payment is subject to RBI Approvals dated February 19, 2008. Copies of the RBI Approval letters have been attached for your reference.

You are requested to wire transfer the funds to the party and send us the advice. We authorize you to debit our captioned account for the same.

Thanking you.

Yours faithfully,

For Gujarat State Petroleum Corporation Ltd.

Authorized Signatories

Visit our web site at : www.gspcgroup.com

9

 **GSPC**

**GUJARAT STATE PETROLEUM CORPORATION LTD.**
(A Govt. of Gujarat Undertaking)
Regd. Office : GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 010 INDIA.
Phone : +91-79-66701001 Fax : +91-79-23236375
E-mail : gspc@gspc.in

Pay OC 3

GSPC/FINC/10-11/~~Apr-010~~
April 28, 2010

Branch Head
IDBI Bank,
C. G. Road,
Ahmedabad.

K/A: Ms. Hemu / Mr. Gautam

Subject: Wire transfer of US Dollar 750,000/- in favour of Ministry of Oil & Mineral
Accounts, Yemen

REF: Account No. ████8900

Dear Sir,

We request you to kindly make payment of **USD 750,000/-** (US Dollars Seven Lacs Fifty
Thousand Only) (1 USD = Rs. _44.5750_ ) in favour of **Ministry of Oil & Mineral
Accounts, Yemen.** Also find enclosed herewith Form A2 in duplicate.

The details of the remittance are as follows:            (value 03/05/10)

Bank Details          : Federal Reserve Bank of New York,
                        New York, US.
BIC Code              : FRNYUS33
Account Number   :    ████6236
Beneficiary Name  : Central Bank of Yemen, Sanaa Branch
For further credit to: Ministry of Oil & Mineral Accounts - A/C No. ████0155

This payment is subject to RBI Approvals dated February 19, 2008. Copies of the RBI
Approval letters have been attached for your reference.

You are requested to wire transfer the funds to the party and send us the advice. We
authorize you to debit our captioned account for the same.

Thanking you.

Yours faithfully,

For Gujarat State Petroleum Corporation Ltd.

Authorized Signatories



**GUJARAT STATE PETROLEUM CORPORATION LTD.**
[A Govt. of Gujarat Undertaking]
Regd. Office : GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 010 INDIA.
Phone : +91-79-66701001 Fax : +91-79-23236375
E-mail : gspc@gspc.in

May 001
GSPC/FINC/10-11/~~Apr 008~~
April 28, 2010

Branch Head
IDBI Bank,
C. G. Road,
Ahmedabad.

K/A: Ms. Hemu / Mr. Gautam

Subject: Wire transfer of US Dollar 430,000/- in favour of Ministry of Oil & Mineral
Accounts, Yemen

REF: Account No. ████ 8900

Dear Sir,

We request you to kindly make payment of USD 430,000/- (US Dollars Four Lacs Thirty
Thousand Only) (1 USD = Rs. 44, 57.50 ) in favour of **Ministry of Oil & Mineral**
**Accounts, Yemen.** Also find enclosed herewith Form A2 in duplicate.

(value 03/05/10)

The details of the remittance are as follows:

Bank Details       : Federal Reserve Bank of New York,
                     New York, US.
BIC Code           : FRNYUS33
Account Number     : ████ 6236
Beneficiary Name   : Central Bank of Yemen, Sanaa Branch
For further credit to: Ministry of Oil & Mineral Accounts - A/C No. ████ 0155

This payment is subject to RBI Approvals dated February 19, 2008. Copies of the RBI
Approval letters have been attached for your reference.

You are requested to wire transfer the funds to the party and send us the advice. We
authorize you to debit our captioned account for the same.

Thanking you.

Yours faithfully,

For Gujarat State Petroleum Corporation Ltd.

Authorized Signatories



**GUJARAT STATE PETROLEUM CORPORATION LTD.**
(A Govt. of Gujarat Undertaking)
Regd. Office : GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 010, INDIA.
Phone : +91-79-66701001 Fax : +91-79-23236375
E-mail : gspc@gspc.in

GSPC/FINC/12-13
May 14, 2012

Branch Head
State Bank of India
5 Kings Street,
London
EC2V 8EA

K/A: Mr. ANIL ARORA / Ms. AMBIKA NAIR

Subject: Wire transfer of funds for an amount of USD 250,000/- towards
payment of Bonuses

REF: Account No. ███0101

Dear Sir,

We request you to kindly make payment of USD 250,000/- (United States Dollars
Two Hundred and Fifty Thousand Only) in favour of **Central Bank Yemen** as per the
following details:

| | |
|---|---|
| Bank Details | : Federal Reserve Bank of New York, New York, US. |
| BIC Code | : FRNYUS33 |
| Account Number | : ███6236 |
| Beneficiary Name | : Central Bank of Yemen, Sana'a |
| For further credit to | : Ministry of Oil and Minerals Accounts With Central Bank of Yemen MOMR A/c No. ███0155 |
| Amount in USD | : 250,000/- (United States Dollars Two Hundred and Fifty Thousand Only) |

You are requested to wire transfer the funds to the beneficiary and send us the
advice.

We authorize you to debit our Current Account No. ███0101 for the same.

Thanking you.

Yours faithfully,

For Gujarat State Petroleum Corporation Ltd.

Authorized Signatories



**GUJARAT STATE PETROLEUM CORPORATION LTD.**
IA Govt. of Gujarat Undertaking]
Regd. Office : GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 010, INDIA
Phone : +91-79-66/81001 Fax : +91-79 23236375
E-mail : gspc@gspc.in

GSPC/FINC/12-13
May 14, 2012

Branch Head
State Bank of India
5 Kings Street,
London
EC2V 8EA

<u>K/A: Mr. ANIL ARORA / Ms. AMBIKA NAIR</u>

<u>Subject: Wire transfer of funds for an amount of USD 285,000/- towards
payment of Bonuses</u>

REF: Account No. █████0101

Dear Sir,

We request you to kindly make payment of **USD 285,000/-** (United States Dollars
Two Hundred and Eighty Five Thousand Only) in favour of **Central Bank of Yemen**
as per the following details:

| | |
|---|---|
| Bank Details | : Federal Reserve Bank of New York, New York, US. |
| BIC Code | : FRNYUS33 |
| Account Number | : █████6236 |
| Beneficiary Name | : Central Bank of Yemen, Sana'a |
| For further credit to | : Ministry of Oil and Minerals Accounts With Central Bank of Yemen MOMR A/c No. █████0155 |
| Amount in USD | : 285,000/- (United States Dollars Two Hundred and Eighty Five Thousand Only) |

You are requested to wire transfer the funds to the beneficiary and send us the
advice. We authorize you to debit our Current Account No. ███0101 for the same.

Thanking you,

Yours faithfully,

For, Gujarat State Petroleum Corporation Ltd.

Authorized Signatories



GUJARAT STATE PETROLEUM CORPORATION LTD.
(A Govt. of Gujarat Undertaking)
Regd. Office : GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 010, INDIA
Phone : +91-79-66701001 Fax : +91-79-23236375
E-mail : gspc@gspc.in

GSPC/FINC/12-13
May 14, 2012

Branch Head
State Bank of India
5 Kings Street,
London
EC2V 8EA

K/A: Mr. ANIL ARORA / Ms. AMBIKA NAIR

Subject: Wire transfer of funds for an amount of USD 120,000/- towards payment of Bonuses

REF: Account No. ███ 0101

Dear Sir,

We request you to kindly make payment of **USD 120,000/-** (United States Dollars One Hundred and Twenty Thousand Only) in favour of **Central Bank of Yemen** as per the following details:

| | |
|---|---|
| Bank Details | : Federal Reserve Bank of New York, New York, US. |
| BIC Code | : FRNYUS33 |
| Account Number | : ███ 6236 |
| Beneficiary Name | : Central Bank of Yemen, Sana'a |
| For further credit to | : Ministry of Oil and Minerals Accounts With Central Bank of Yemen MOMR A/c No. ███████ 0155 |
| Amount in USD | : 120,000/- (United States Dollars One Hundred and Twenty Thousand Only) |

You are requested to wire transfer the funds to the beneficiary and send us the advice.

We authorize you to debit our Current Account No. ███ 0101 for the same.

Thanking you.

Yours faithfully,

For, Gujarat State Petroleum Corporation Ltd.

Authorized Signatories



**GUJARAT STATE PETROLEUM CORPORATION LTD.**
[A Govt. of Gujarat Undertaking]
Regd. Office : GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 010, INDIA.
Phone : +91-79-66701001 Fax : +91-79-23236375
E-mail : gspc@gspc.in

GSPC/FINC/12-13
May 14, 2012

Branch Head
State Bank of India
5 Kings Street,
London
EC2V 8EA

K/A: Mr. ANIL ARORA / Ms. AMBIKA NAIR

Subject: Wire transfer of funds for an amount of USD 250,000/- towards
payment of Bonuses

REF: Account No. ███ 0101

Dear Sir,

We request you to kindly make payment of **USD 250,000/-** (United States Dollars
Two Hundred and Fifty Thousand Only) in favour of **Central Bank Yemen** as per the
following details:

| | |
|---|---|
| Bank Details | : Federal Reserve Bank of New York, New York, US. |
| BIC Code | : FRNYUS33 |
| Account Number | : ███ 6236 |
| Beneficiary Name | : Central Bank of Yemen, Sana'a |
| For further credit to | : Ministry of Oil and Minerals Accounts With Central Bank of Yemen MOMR A/c No ███ 0155 |
| Amount in USD | : 250,000/- (United States Dollars Two Hundred and Fifty Thousand Only) |

You are requested to wire transfer the funds to the beneficiary and send us the
advice.

We authorize you to debit our Current Account No. ███ 0101 for the same.

Thanking you.

Yours faithfully,

For, Gujarat State Petroleum Corporation Ltd

Authorized Signatories



GUJARAT STATE PETROLEUM CORPORATION LTD.
(A Govt. of Gujarat Undertaking)
Regd. Office : GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 010, INDIA.
Phone : +91-79-66701001 Fax : +91-79-23236375
E-mail : gspc@gspc.in

GSPC/FINC/12-13
May 14, 2012

Branch Head
State Bank of India
5 Kings Street,
London
EC2V 8EA

K/A: Mr. ANIL ARORA / Ms. AMBIKA NAIR

Subject: Wire transfer of funds for an amount of USD 315,000/- towards
payment of Bonuses

REF: Account No. ███0101

Dear Sir,

We request you to kindly make payment of USD 315,000/- (United States Dollars
Three Hundred and Fifteen Thousand Only) in favour of Central Bank of Yemen as
per the following details:

Bank Details            : Federal Reserve Bank of New York,
                          New York, US.
BIC Code                : FRNYUS33
Account Number          : ███5236
Beneficiary Name        : Central Bank of Yemen, Sana'a
For further credit to   : Ministry of Oil and Minerals Accounts
                          With Central Bank of Yemen
                          MOMR A/c No. ███0155
Amount in USD           : 315,000/- (United States Dollars Three Hundred and
                          Fifteen Thousand Only)

You are requested to wire transfer the funds to the beneficiary and send us the
advice.

We authorize you to debit our Current Account No. ███0101 for the same.

Thanking you.

Yours faithfully,

For, Gujarat State Petroleum Corporation Ltd.

Authorized Signatories

 **GSPC**

**GUJARAT STATE PETROLEUM CORPORATION LTD.**
(A Govt. of Gujarat Undertaking)
Regd. Office : GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 010, INDIA.
Phone : +91-79-66701001 Fax : +91-79-23236375
E-mail : gspc@gspc.in

GSPC/FINC/12-13
May 14, 2012

Branch Head
State Bank of India
5 Kings Street,
London
EC2V 8EA

### K/A: Mr. ANIL ARORA / Ms. AMBIKA NAIR

Subject: Wire transfer of funds for an amount of USD 150,000/- towards
payment of Bonuses

REF: Account No. ███0101

Dear Sir,

We request you to kindly make payment of USD 150,000/- (United States Dollars
One Hundred and Fifty Thousand Only) in favour of **Central Bank of Yemen** as per
the following details:

| | |
|---|---|
| Bank Details | : Federal Reserve Bank of New York, New York, US. |
| BIC Code | : FRNYUS33 |
| Account Number | : ███6236 |
| Beneficiary Name | : Central Bank of Yemen, Sana'a |
| For further credit to | : Ministry of Oil and Minerals Accounts With Central Bank of Yemen MOMR A/c No.███0155 |
| Amount in USD | : 150,000/- (United States Dollars One Hundred and Fifty Thousand Only) |

You are requested to wire transfer the funds to the beneficiary and send us the
advice.

We authorize you to debit our Current Account No. ███0101 for the same.

Thanking you.

Yours faithfully,

For, Gujarat State Petroleum Corporation Ltd.

Authorized Signatories



GUJARAT STATE PETROLEUM CORPORATION LTD.
(A Govt. of Gujarat Undertaking)
Regd. Office : GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 010, INDIA.
Phone : +91-79-66701001 Fax : +91-79-23236375
E-mail : gspc@gspc.in

GSPC/FINC/12-13
May 14, 2012

Branch Head
State Bank of India
5 Kings Street,
London
EC2V 8EA

K/A: Mr. ANIL ARORA / Ms. AMBIKA NAIR

Subject: Wire transfer of funds for an amount of USD 250,000/- towards payment of Bonuses

REF: Account No. ███ 0101

Dear Sir,

We request you to kindly make payment of USD 250,000/- (United States Dollars Two Hundred and Fifty Thousand Only) in favour of **Central Bank Yemen** as per the following details:

| | |
|---|---|
| Bank Details | : Federal Reserve Bank of New York, New York, US. |
| BIC Code | : FRNYUS33 |
| Account Number | : ███ 6236 |
| Beneficiary Name | : Central Bank of Yemen, Sana'a |
| For further credit to | : Ministry of Oil and Minerals Accounts With Central Bank of Yemen MOMR A/c No. ███████ 0155 |
| Amount in USD | : 250,000/- (United States Dollars Two Hundred and Fifty Thousand Only) |

You are requested to wire transfer the funds to the beneficiary and send us the advice.

We authorize you to debit our Current Account No. ███ 0101 for the same.

Thanking you.

Yours faithfully,

For, Gujarat State Petroleum Corporation Ltd.

Authorized Signatories



**GUJARAT STATE PETROLEUM CORPORATION LTD.**
(A Govt. of Gujarat Undertaking)
Regd. Office : GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 010, INDIA.
Phone : +91-79-66701001 Fax : +91-79-23236375
E-mail : gspc@gspc.in

GSPC/FINC/12-13
May 14, 2012

Branch Head
State Bank of India
5 Kings Street,
London
EC2V 8EA

### K/A: Mr. ANIL ARORA / Ms. AMBIKA NAIR

**Subject: Wire transfer of funds for an amount of USD 315,000/- towards payment of Bonuses**

REF: Account No. ████ 0101

Dear Sir,

We request you to kindly make payment of **USD 315,000/-** (United States Dollars Three Hundred and Fifteen Thousand Only) in favour of **Central Bank of Yemen** as per the following details:

| | |
|---|---|
| Bank Details | : Federal Reserve Bank of New York, New York, US. |
| BIC Code | : FRNYUS33 |
| Account Number | : ████ 6236 |
| Beneficiary Name | : Central Bank of Yemen, Sana'a |
| For further credit to | : Ministry of Oil and Minerals Accounts With Central Bank of Yemen MOMR A/c No. ████ 0155 |
| Amount in USD | : 315,000/- (United States Dollars Three Hundred and Fifteen Thousand Only) |

You are requested to wire transfer the funds to the beneficiary and send us the advice.

We authorize you to debit our Current Account No. ████ 0101 for the same.

Thanking you,

Yours faithfully,

For, Gujarat State Petroleum Corporation Ltd.

Authorized Signatories



**GUJARAT STATE PETROLEUM CORPORATION LTD.**
(A Govt. of Gujarat Undertaking)
Regd. Office : GSPC Bhavan, Behind Udyog Bhavan,
Sector-11, Gandhinagar-382 010, INDIA.
Phone : +91-79-66701001 Fax : +91-79-23236375
E-mail : gspc@gspc.in

GSPC/FINC/12-13
May 14, 2012

Branch Head
State Bank of India
5 Kings Street,
London
EC2V 8EA

K/A: Mr. ANIL ARORA / Ms. AMBIKA NAIR

Subject: Wire transfer of funds for an amount of USD 160,000/- towards payment of Bonuses

REF: Account No. ███0101

Dear Sir,

We request you to kindly make payment of USD 160,000/- (United States Dollars One Hundred and Sixty Thousand Only) in favour of **Central Bank of Yemen** as per the following details:

| | |
|---|---|
| Bank Details | : Federal Reserve Bank of New York, New York, US. |
| BIC Code | : FRNYUS33 |
| Account Number | : ███5236 |
| Beneficiary Name | : Central Bank of Yemen, Sana'a |
| For further credit to | : Ministry of Oil and Minerals Accounts With Central Bank of Yemen MOMR A/c No. ███0155 |
| Amount in USD | : 160,000/- (United States Dollars One Hundred and Sixty Thousand Only) |

You are requested to wire transfer the funds to the beneficiary and send us the advice.

We authorize you to debit our Current Account No. ███0101 for the same.

Thanking you,

Yours faithfully,

For Gujarat State Petroleum Corporation Ltd.

Authorized Signatories