**WHITE & CASE**

September 30, 2022

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**T** +1 212 819 8200

whitecase.com

VIA ECF

Hon. Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Gujarat State Petroleum Corp. Ltd. v. Republic of Yemen*, No. 19-mc-00547-RA.

Dear Judge Abrams:

We represent petitioners Gujarat State Petroleum Corporation Ltd., Alkor Petro Ltd., and Western Drilling Contractors Private Ltd. (collectively, "Judgment Creditors") in *Gujarat State Petroleum Corp. Ltd. v. Republic of Yemen*, No. 19-mc-00547-RA. Pursuant to the Court's directive (ECF No. 39), counsel for Judgment Creditors and the Federal Reserve Bank of New York ("FRBNY") have conferred and now provide this status update on Judgment Creditors' June 2, 2022 amended information subpoena.

On July 1, FRBNY provided responses & objections to Judgment Creditors' amended information subpoena. On July 5, 2022, the parties filed a stipulated proposed protective order, which the Court ordered. *See* ECF No. 37. On July 8, 2022 and July 19, 2022, FRBNY produced responsive documents, which Judgment Creditors are in the process of reviewing.

At this time, neither party has any issue to raise with the Court but the parties will continue to apprise the Court of any issues. We thank the Court for its attention to this matter.

Dated:  September 30, 2022
         New York, N.Y.

The parties shall provide a further status
update on or before December 2, 2022.

SO ORDERED.

_____

Hon. Ronnie Abrams
10/3/2022

**WHITE & CASE LLP**

*/s/ Gregory M. Starner*

Gregory M. Starner
1221 Avenue of the Americas
New York, N.Y. 10020

Hon. Ronnie Abrams
September 30, 2022

T:  (212) 819-8200
gstarner@whitecase.com

*Attorney for Judgment Creditors*

cc:  Meghann E. Donahue (via ECF)
     Michele H. Kalstein (via ECF)
     Michael M. Brennan (via ECF)